**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTON J. RILES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. CR17-569-CAS - 1 <br><br> **\* SECOND AMENDED** FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On February 12, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 2, 2018. Government counsel, Christine Ro and Poonam Kumar, the defendant and his appointed Deputy Federal Public Defender attorney, Charles Brown, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on February 2, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 15, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby continued, under the same terms and conditions imposed on October 15, 2012, with the following conditions:

- The defendant shall participate for a period of **\*one hundred twenty (120) days** in a home detention program which may include electronic monitoring, GPS, Alcohol

Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment. In addition, the program fees shall be waived; and

- The defendant shall abstain from alcohol during the period of supervision.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 12, 2018

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk